ANTONIO VOLPE, Appellant, *v.* MANHATTAN SAVINGS BANK, Respondent.

Submitted January 5, 1953; decided January 21, 1953.

*Daniel Cook* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.